**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re:<br><br>2999TC ACQUISITIONS, LLC,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 21-31954-hdh11 |
| **2999TC ACQUISITIONS, LLC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**L. ALLEN HODGES III, INDIVIDUALLY,**<br><br>Defendant. | ADVERSARY NO. 21-03089-hdh |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, 2999TC Acquisitions, LLC (the "Plaintiff") in the above-captioned adversary procceding, and defendant L. Allen Hodges III, Individually (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer, move, or otherwise plead in response to the *Complaint* [Docket No. 1] in the above-captioned adversary proceeding is hereby extended to and including December 27, 2021.

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated: December 17, 2021

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas Bar ID: 21555700
JOYCE W. LINDAUER ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034

***Counsel for Plaintiff***

and

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins
Texas Bar ID: 24070737
katherine.hopkins@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

***Counsel for L. Allen Hodges III, Individually***