Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-03089-hdh** |
| | § | |
| **L. ALLEN HODGES III, INDIVIDUALLY** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S EXPERT DISCLOSURES**

2999TC Acquisitions, LLC ("Plaintiff") makes these Expert Disclosures as required by FED. R. BANKR. P. 7026(a)(2) and the Court's scheduling order, and reserves the right to (i) amend or supplement the same; (ii) rebut the expert testimony designated by any other parties to this adversary proceeding, and (iii) designate or cross-designate any expert identified by any other parties to this adversary proceeding, designates as follows:

Joyce W. Lindauer,
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75201
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
Joyce@joycelindauer.com

Ms. Lindauer will testify regarding reasonable attorney's fees in this matter. It is expected that Ms. Lindauer will appear and testify as to the reasonable and necessary amount of attorneys' fees incurred in this matter. It is expected that Ms. Lindauer will testify as to the reasonableness of her fees based on the novelty and difficulty of the issues involved, the skills required to provide proper legal services, and to her experience, reputation, and expertise at performing these services as compared to other attorneys of her level of expertise and who practice in Texas, including the Dallas area. It is expected that she will also testify regarding the usual and customary hourly rates charged in Texas, including the Dallas area for similar legal services. A copy of Ms. Lindauer's credentials is attached hereto. It is Ms. Lindauer's opinion that a reasonable hourly rate for legal services of the nature and type performed in this case would be $450.00 per hour for Ms. Lindauer's services; between $275.00 per hour to $295.00 per hour for associates; $195.00 for law clerks, and Paralegals and legal assistants $95.00 to $175.00 per hour. As exhibits, Ms. Lindauer will use redacted invoices or similar documents describing the work performed and the number of hours expended on such work. The CV of Ms. Lindauer is attached hereto as Exhibit "1."

Dated: January 27, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on January 27, 2022, a true and correct copy of the above and foregoing document has been delivered via email and first-class mail to the parties listed below.

Katherine T. Hopkins
Kelly, Hart and Hallman, LLP
201 Main St., Suite 2500
Ft. Worth, TX 76102
Email: katherine.hopkins@kellyhart.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**JOYCE W. LINDAUER**
**Attorney at Law and Mediator**
**Joyce W. Lindauer Attorney, PLLC**
**1412 Main Street, Suite 500**
**Dallas, Texas 75202**
**Telephone: (972) 503-4033, Fax: (972) 503-4034**
**Email: joyce@joycelindauer.com**

| | |
|---|---|
| **Practice Areas:** | Bankruptcy; Collections; Civil Litigation. |
| **Admitted:** | November 2, 1984, Texas |
| **Law School:** | Southern Methodist University, J.D., 1984. |
| **College:** | 1978, Texas Tech University, B.A., with high honors<br>1980, North Texas State, M.Ed.<br>2003, Southern Methodist University, advanced degree in Dispute Resolution<br>2010, Southern Methodist University, M.A. in Dispute Resolution |
| **Member:** | Dallas Bar Association; State Bar of Texas |
| **Biography:** | Justice of the Peace, Precinct 1, Place 1, Ellis County. Alpha Lambda Delta; Phi Kappa Phi; Phi Delta Phi. Staff Member, Journal of Air Law and Commerce, 1982-1983. Former Adjunct Bankruptcy Professor, Texas Wesleyan School of Law, Ft. Worth, Texas. Former Chapter 7 Trustee, Eastern District of Texas. Former Justice of the Peace, Ellis County and current Municipal Court Judge, Ennis, Texas, |

**Bar Admissions:**

| | |
|---|---|
| State Bar of Texas | 11/2/1984 |
| United States Court of Appeals, Fifth Circuit | 9/12/1991 |
| United States Court of Appeals, Tenth Circuit | 2/9/2016 |
| United States District Court, N.D. of Texas | 2/22/1985 |
| United States District Court, S.D. of Texas | 5/10/1988 |
| United States District Court, E.D. of Texas | 9/9/1986 |
| United States District Court, W.D. of Texas | 7/23/1986 |
| United States District Court, W.D. of Oklahoma | 3/27/2014 |
| United States District Court, District of Colorado | 12/13/18 |

**Born:** Atlanta, Georgia, January 29, 1957.

**EXHIBIT "1"**