**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-03089-hdh** |
| | § | |
| **L. ALLEN HODGES III, INDIVIDUALLY** | § | |
| **Defendant.** | § | |

**AGREED ORDER GRANTING JOINT STIPULATION OF**
**DISMISSAL OF ADVERSARY PROCEEDINGS WITHOUT PREJUDICE**

CAME ON for consideration the Joint Stipulation of Dismissal of Adversary Proceedings without Prejudice ("Stipulation of Dismissal") filed by 2999TC Acquisitions, LLC ("Plaintiff") and L. Allen Hodges III, Individually ("Defendant") (collectively, the "Parties"), and upon

consideration of the record and arguments by the Parties, the Court hereby Orders that the Joint Stipulation of Dismissal is GRANTED. It is further

ORDERED that the Adversary Proceeding is hereby dismissed without prejudice. It is further

ORDERED that this dismissal shall have no effect on Plaintiff's ability to later commence a new adversary proceeding to assert any claims or rights articulated in the Plaintiff's Complaint or to otherwise pursue any other cause of action against Defendant, or on Defendant's ability to assert any and all applicable defenses against such claims and any causes of action that may exist against Plaintiff.

# # # END OF ORDER # # #

Order Submitted by:

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin Y. Taylor
Louisiana Bar No. 37325
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
austin@joycelindauer.com
sydney@joycelindauer.com
ATTORNEYS FOR DEBTOR/PLAINTIFF

*/s/ Katherine Hopkins*
Dee J. Kelly, Jr.
State Bar No. 11217250
Nancy Ribaudo
State Bar No. 24026066
Katherine T. Hopkins
State Bar No: 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817)-332-2500
Facsimile: (817)-878-9280
Emails: dee.kelly@kellyhart.com
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
ATTORNEYS FOR L. ALLEN HODGES, III, INDIVIDUALLY