Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin Y. Taylor
Louisiana Bar No. 37325
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR/PLAINTIFF

Dee J. Kelly, Jr.
State Bar No. 11217250
Nancy Ribaudo
State Bar No. 24026066
Katherine T. Hopkins
State Bar No: 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817)-332-2500
Facsimile: (817)-878-9280
ATTORNEYS FOR L. ALLEN HODGES, III, INDIVIDUALLY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADVERSARY NO. 21-03089-hdh** |
| | § | |
| **L. ALLEN HODGES III, INDIVIDUALLY** | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF DISMISSAL OF**
**ADVERSARY PROCEEDINGS WITHOUT PREJUDICE**

2999TC Acquisitions, LLC ("Plaintiff") and L. Allen Hodges III, Individually ("Defendant") (collectively, the "Parties") enter into this *Joint Stipulation of Dismissal of*

*Adversary Proceedings without Prejudice* (the "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as applied to these bankruptcy and associated adversary proceedings by Fed. R. Bankr. P. 7041 (the "Rules").

**Recitals**

*Whereas*, Plaintiff filed its voluntary petition ("Petition") for bankruptcy protection pursuant to Chapter 11 of the Bankruptcy Code as Case No. Case No. 21-31954 on October 29, 2021;

*Whereas* Plaintiff commenced this related Adversary Case No. 21-03089 (the "Adversary Proceeding") by filing its *Complaint to Avoid and Recover Preferential and/or Fraudulent Transfer Pursuant to 11 U.S.C. §§ 548 and 550* ("Complaint") on November 18, 2021, and serving same on Defendant;

*Whereas* Plaintiff desires to withdraw its Complaint and Defendant desires to withdraw his answer.

*Whereas* Plaintiff and Defendant agree that this Stipulation meets the requirements of the Rules and case law construing the requirements for a dismissal without prejudice after Defendant properly and timely filed its answer in the Adversary Proceeding.

*It is hereby stipulated and agreed*, by the Parties through their respective counsel, and upon approval of this Stipulation by the Court, it shall be SO ORDERED:

1. The Adversary Proceeding is hereby dismissed *without* prejudice; and
2. This dismissal shall have no effect on Plaintiff's ability to later commence a new adversary proceeding to assert any claims or rights articulated in the Complaint or to otherwise pursue any other cause of action against Defendant, or on Defendant's ability to assert any and all applicable defenses against such claims and any causes

of action that may exist against Plaintiff and nothing that occurred in the Adversary Proceeding shall constitute a basis of a claim or bar for the Plaintiff or the Defendant.

Dated: February 23, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Austin Y. Taylor
Louisiana Bar No. 37325
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
austin@joycelindauer.com
sydney@joycelindauer.com
ATTORNEYS FOR DEBTOR/PLAINTIFF

**-and-**

*/s/ Katherine Hopkins*

Dee J. Kelly, Jr.
State Bar No. 11217250
Nancy Ribaudo
State Bar No. 24026066
Katherine T. Hopkins
State Bar No: 24070737
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817)-332-2500
Facsimile: (817)-878-9280
Emails: dee.kelly@kellyhart.com
nancy.ribaudo@kellyhart.com
katherine.hopkins@kellyhart.com
ATTORNEYS FOR L. ALLEN HODGES, III, INDIVIDUALLY